IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**THRYV, INC.,**

   Plaintiff,

v.   No. 4:21-cv-1137-P

**HELLOEARTH, LLC, AND
CLARK SCOTT,**

   Defendants.

## ORDER

Before the Court is Defendants' Motion to Dismiss for Failure to State a Claim, filed October 15, 2021. ECF No. 5. Having reviewed the Motion, the Court finds the arguments contained therein are more appropriately raised at the summary judgment stage of proceedings. Accordingly, the Court concludes that the Motion (ECF No. 5) should be and is **DENIED.**

**SO ORDERED** on this **25th day** of **October, 2021.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE