UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**THRYV, INC.,**

 Plaintiff,

v.               No. 4:21-cv-1137-P

**CLARK SCOTT AND HELLOEARTH LLC,**

 Defendants.

## ORDER

 Before the Court is Plaintiff's motion to dismiss this case without prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii). ECF No. 23. Having reviewed the motions, arguments of counsel, and relevant legal authority, the Court **GRANTS** the motion and **DISMISSES** this case **without prejudice** because Defendant did not show that it would suffer "plain legal prejudice" from dismissal. *See Carter v. H2R Rest. Holdings, LLC*, No. 3:16-cv-1554, 2016 WL 10827704, at *2 (N.D. Tex. Nov. 2, 2016).

 **SO ORDERED** on this **30th day** of **September 2022.**

_____
MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE